# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## <u>DALLAS</u> DIVISION

_____
Plaintiff's Name and ID Number

_____
Place of Confinement

v.

CASE NO. <u>3:25-cv-3300-S-BW</u>
(Clerk will assign the number)

_____
Defendant's Name and Address

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, _____, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes   ☐ No
   b. Rent payments, interest or dividends?             ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes   ☐ No
   d. Gifts or inheritances?                            ☐ Yes   ☐ No
   e. Family or friends?                                ☐ Yes   ☐ No
   f. Any other sources?                                ☐ Yes   ☐ No

   If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?   ☐ Yes   ☐ No

   If you answered **YES**, state the total value of the items owned.

   _____
   _____

1

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes   ☐ No

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this _____ day of _____, 20_____.

_____
Signature of Plaintiff        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the _____
(name of institution)
where _____, Inmate ID No. _____, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ _____.

(2) During the past six months, the prisoner's:

Average monthly balance was $ _____.

Average monthly deposits to the prisoner's account were $ _____.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this _____ day of _____, 20_____.

_____
Authorized Officer

_____
Institution of Confinement

Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

_____
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. _____

3